| | | |
|---|---|---|
| AUSA: | Rawsthorne | Telephone: (810) 766-5177 |
| Special Agent: | Booth, ATF | Telephone: (810) 341-5710 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Michigan

United States of America

    v.

Dequante Love

Case: 4:26-mj-30313
Judge: Ivy, Curtis
Filed: 05-28-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 29, 2026- May 20, 2026_____ in the county of _____Genesee_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a) | distribution of cocaine and methamphetamine |

This criminal complaint is based on these facts:

There is probable cause that on or about April 29, 2026, May 4, 2026, May 12, 2026, and May 20, 2026, in the Eastern District of Michigan, Dequante Love violated 21 U.S.C. § 841(a)(1) by distributing cocaine and methamphetamine.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Candace Booth, Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date:  May 28, 2026

_____
*Judge's signature*

City and state:  Flint, MI

Hon. Curtis Ivy, Jr. , United States Magistrate Judge
_____
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Candace Booth, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, since April 2009.  I am currently assigned to the Flint Field Office.  I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.  Prior to ATF, I

was a US Border Patrol Agent with Department of Homeland Security in Yuma, Arizona for approximately 18 months.

## PURPOSE OF AFFIDAVIT

3.    The purpose of this affidavit is to show probable cause that on or about April 29, 2026, May 4, 2026, May 11, 2026 and May 20, 2026, in the Eastern District of Michigan, Dequante Love (DOB XX/XX/1989) violated 21 U.S.C. § 841(a)(1) by distributing cocaine and methamphetamine.

## PROBABLE CAUSE

4.    April 29, 2026, May 4, 2026, May 12, 2026 and May 20, 2026 Dequante Love sold 13 gram of crack cocaine, 174 grams of methamphetamine, 451 grams of methamphetamine and 410 g of methamphetamine, respectively, to an undercover ATF agent (UCA).

5.    Since April 2026, ATF Special Agents have been investigating Dequante Love for drug dealing, including violations of 21 U.S.C. § 841(a)(1).  On April 25, 2026, ATF Special Agents (SA's) spoke with an ATF Confidential Informant ("CI-1") about a person known as "Q." CI-1 provided a description of "Q" and informed agents that they have talked about guns, crack cocaine, and fentanyl. "Q" identified his phone number as 810-407-4846 to CI-1.

6.    On April 29, 2026 CI-1 and an ATF agent acting in an undercover capacity (UCA) engaged in a controlled purchase of narcotics from "Q" at an apartment

2

located in Flint, Michigan.   The agent video-recorded the controlled buy. "Q" distributed an amount of cocaine in exchange for money. After the deal, using law enforcement investigative techniques on open-source data, the UCA positively identified "Q" as Dequante Love, DOB: XX/XX/1989. The suspected cocaine was later tested and weighed.   The narcotics field-tested positive for the presence of cocaine and weighed about 13 grams.

7.     On May 4, 2026, CI-1 and the UCA engaged in a second controlled purchase of narcotics from Love at an apartment in Flint, Michigan.   The UCA purchased some methamphetamine from Love, who directly distributed it to the UCA.   The   agent   video-recorded   the   controlled   buy.   The   suspected methamphetamine was later tested and weighed. It tested positive for presence of methamphetamine and weighed approximately 174 grams.

8.     On May 12, 2026, CI-1 and the UCA engaged in a third controlled purchase of narcotics from Love at a residence in Mount Morris, Michigan.   The UCA purchased some methamphetamine from Love, who directly distributed it to the UCA.   The   agent   video-recorded   the   controlled   buy.   The   suspected methamphetamine was later tested and weighed. It tested positive for presence of methamphetamine and weighed approximately 451 grams.

9.     On May 20, 2026, CI-1 and the UCA engaged in a fourth controlled purchase of narcotics from Love at a residence in Mount Morris, Michigan.   The

3

UCA purchased some methamphetamine from Love, who directly distributed it to the UCA. The agent video-recorded the controlled buy. The suspected methamphetamine was later tested and weighed. It tested positive for presence of methamphetamine and weighed approximately 410 grams.

## CONCLUSION

10.   Based upon the above information, there is probable cause that on or about April 29, 202CMPL6, May 4, 2026, May 12, 2026, and May 20, 2026, in the Eastern District of Michigan, Dequante Love violated 21 U.S.C. § 841(a)(1) by distributing cocaine and methamphetamine.

_____
Candace Booth, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence and/or by reliable electronic means on this 28th day, 2026.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

4